FILE COPY



# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

February 3, 2015

Ruth G. Malinas
Plunkett & Griesenbeck, Inc.
Catholic Life Building, suite 900
1635 N.E. Loop 410
San Antonio, TX 78209

Adolfo Campero, Jr.
State Bar No. 00793454
CAMPERO & ASSOCIATES, P.C.
315 Calle del Norte, Suite 207
Laredo, Texas 78041

Andrew T. Ward
Jeffrey J. Phillips
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002

RE:    Court of Appeals Number:    04-13-00094-CV
          Trial Court Case Number:    2012-CVT-001496-D1
          Style: Dr. Hector Farias and Voices in Democratic Action (VIDA)
                v.
                Eduardo A. Garza and Uni-Trade Forwarding, L.C.

Dear Counsel:

The Supreme Court of Texas has this date requested that this court forward the file for the above styled and numbered cause. The petition for review was filed on May 6, 2014. (The Petition For Review Was Filed By Ms. Ruth G. Malinas). This court shall forward this case as requested. An "EXPRESS FEE" (to cover the cost of forwarding the file) in the amount of $25.00 is needed by February 13, 2015

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 53219